1478

*July 16, 2014*

[Cite as *07/16/2014 Case Announcements,* 2014-Ohio-3096.]

## MOTION AND PROCEDURAL RULINGS

**2013–1770.   Northeast Ohio Regional Sewer Dist. v. Bath Twp.**
Cuyahoga App. Nos. 98728 and 98729, 2013-Ohio-4186. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the joint motion of the city of Cleveland Heights and Northeast Ohio Regional Sewer District to dismiss Cleveland Heights as an appellee, it is ordered by the court that the motion is granted.

**2014–0292.   Saturday v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2011–4027. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellees' motion to exceed the page limit of their merit brief, it is ordered by the court that the motion is denied.